# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| VANCE DOTSON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. CIV-25-1171-SLP |
| NATIONAL CONSUMER TELECOMMUNICATIONS AND UTILITY EXCHANGE, INC., | ) ) ) ) ) |
| Defendant. | ) ) |

## JUDGMENT OF DISMISSAL

In accordance with the Order entered this 2nd day of March, 2026, this action is DISMISSED without prejudice.

ENTERED this 2nd day of March, 2026.

_____
SCOTT L. PALK
UNITED STATES DISTRICT JUDGE